```
 1
 2
 3
 4
 5
 6
 7                       UNITED STATES DISTRICT COURT
 8                      EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,
11          Plaintiff,
12              v.                        CR. NO. S-10-061 LKK
13  FREDERICK SCOTT SALYER,
14          Defendant.
                                      /
15  IN RE:
16  SK FOODS, L.P.
17          Debtor.
18  BRADLEY SHARP,                        CIV. NO. S-10-1492 LKK
19          Plaintiff,
20              v.
21  SSC FARMS 1, LLC, et al.,
22          Defendants.
                                      /
23  IN RE:
24  SK FOODS, L.P.                        CIV. NO. S-10-1493 LKK
25          Debtor.
                                      /
26
```

```
 1  IN RE:
 2  SK FOODS, L.P.
 3         Debtor.
 4  BRADLEY SHARP,                          CIV. NO. S-10-1496 LKK
 5         Plaintiff,
 6            v.
 7  CSSS, L.P., et al.,
 8         Defendants.
                                        /
 9  IN RE:
10  SK FOODS, L.P.
11         Debtor.
12  BRADLEY SHARP,                          CIV. NO. S-10-1497 LKK
13         Plaintiff,
14            v.
15  FRED SALYER IRREVOCABLE
    TRUST, et al.,
16
           Defendants.
17                                      /
18  IN RE:
19  SK FOODS, L.P.
20         Debtor.
21  BRADLEY SHARP,                          CIV. NO. S-10-1498 LKK
22         Plaintiff,
23            v.
24  SKF AVIATION, LLC., et al.,
25         Defendants.
                                        /
26
```

2

```
 1  IN RE:
 2  SK FOODS, L.P.
 3         Debtor.
 4  BRADLEY SHARP,                              CIV. NO. S-10-1499 LKK
 5         Plaintiff,
 6            v.
 7  SCOTT SALYER, et al.,
 8         Defendants.
                                          /
 9  IN RE:
10  SK FOODS, L.P.
11         Debtor.
12  BRADLEY SHARP,                              CIV. NO. S-10-1500 LKK
13         Plaintiff,
14            v.
                                                    O R D E R
15  SCOTT SALYER, et al.,
16         Defendants.
                                          /
17
```

On July 27, 2010, the court issued an order indicating that it appeared that all issues to be raised in the above-captioned bankruptcy appeals may be resolved during the August 3, 2010 hearing on defendant Salyer's motion to enjoin discovery in the bankruptcy proceedings. The court invited parties to the appeals to file objections to the court doing so by noon on August 2, 2010. Counsel for numerous non-debtor entities filed a notice indicating that her clients intend to raise different arguments than Salyer in the appeals. Further, the court notes that the scope of the

1  criminal motion only concerns a motion to stay discovery for Salyer
2  in the bankruptcy proceedings. The appeals are far broader and
3  address a motion to stay the entire adversary proceedings in the
4  bankruptcy court.
5       For the foregoing reasons, the court orders as follows:
6       (1)  The court will not decide the bankruptcy appeals until
7            briefing is complete.
8       (2)  The briefing schedule for the appeals remains unchanged.
9       (3)  Counsel for the non-debtor entities is not required to
10           appear at the August 3, 2010 criminal hearing.
11      IT IS SO ORDERED.
12      DATED:  August 2, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT