```
                     UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA


IN RE:

SK FOODS, L.P.

         Debtor.
BRADLEY D. SHARP,                         CIV. NO. S-10-810 LKK

         Plaintiff,

              v.

SCOTT SALYER, et al.,

         Defendants.
                                      /

IN RE:

SK FOODS, L.P.

         Debtor.
BRADLEY D. SHARP,                         CIV. NO. S-10-811 LKK

         Plaintiff,

              v.

SKF AVIATION, LLC, et al.,

         Defendants.
                                      /
```

```
 1  IN RE:
 2  SK FOODS, L.P.
 3          Debtor.
 4  BRADLEY D. SHARP,                    CIV. NO. S-10-812 LKK
 5          Plaintiff,
 6              v.
 7  SSC FARMS 1, LLC, et al.,
 8          Defendants.
                                    /
 9  IN RE:
10  SK FOODS, L.P.
11          Debtor.
12  BRADLEY SHARP,                       CIV. NO. S-10-1492 LKK
13          Plaintiff,
14              v.
15  SSC FARMS 1, LLC, et al.,
16          Defendants.
                                    /
17  ////
18  ////
    IN RE:
19
    SK FOODS, L.P.                       CIV. NO. S-10-1493 LKK
20
            Debtor.
21                                  /
22  ////
23  ////
24  ////
25  ////
26  ////
```

```
 1  IN RE:
 2  SK FOODS, L.P.
 3          Debtor.
 4  BRADLEY SHARP,                          CIV. NO. S-10-1496 LKK
 5          Plaintiff,
 6              v.
 7  CSSS, L.P., et al.,
 8          Defendants.
                                         /
 9  IN RE:
10  SK FOODS, L.P.
11          Debtor.
12  BRADLEY SHARP,                          CIV. NO. S-10-1497 LKK
13          Plaintiff,
14              v.
15  FRED SALYER IRREVOCABLE
    TRUST, et al.,
16
            Defendants.
17                                       /
18  IN RE:
19  SK FOODS, L.P.
20          Debtor.
21  BRADLEY SHARP,                          CIV. NO. S-10-1498 LKK
22          Plaintiff,
23              v.
24  SKF AVIATION, LLC., et al.,
25          Defendants.
                                         /
26
```

3

```
IN RE:
SK FOODS, L.P.
        Debtor.
BRADLEY SHARP,                                CIV. NO. S-10-1499 LKK
        Plaintiff,
            v.
SCOTT SALYER, et al.,
        Defendants.
_____/
IN RE:
SK FOODS, L.P.
        Debtor.
BRADLEY SHARP,                                CIV. NO. S-10-1500 LKK
        Plaintiff,
            v.
                                                   O R D E R
SCOTT SALYER, et al.,
        Defendants.
_____/
```

Currently before this court are two sets of bankruptcy appeals that this court related to a criminal matter before it, <u>United States of America v. Frederick Scott Salyer</u>, 2:10-cr-00061-LKK-GGH. The first set of appeals bear the following case numbers: (1) 2:10-cv-00810-LKK; (2) 2:10-cv-00811-LKK; and (3) 2:10-cv-00812-LKK. The parties filed identical briefs in each of these cases. The second set of appeals bear the following case numbers: (1) 2:10-cv-01492-LKK; (2) 2:10-cv-01493-LKK; (3) 2:10-cv-01496-LKK; (4) 2:10-cv-01497-LKK; (5) 2:10-cv-01498-LKK; (6) 2:10-cv-01499-LKK; (7) 2:10-

4

1  cv-01500-LKK. Likewise, the parties filed identical briefs in each
2  of these cases. Briefing is now complete on both sets of appeals.
3       Further, the Bankruptcy Trustee has filed a Motion to Dismiss
4  the second set of bankruptcy appeals and a Motion to Strike a
5  declaration attached to defendants' opening brief in the second set
6  of bankruptcy appeals. These motions are currently set to be heard
7  on September 27, 2010.
8       The court has determined that both sets of appeals and the two
9  motions should be heard together. For the foregoing reasons the
10 court orders as follows:
11     (1)  The above-captioned bankruptcy appeals shall be heard on
12          October 12, 2010 at 10:00 a.m.
13     (2)  The hearings on the motions to dismiss and to strike
14          filed in the second set of bankruptcy appeals are
15          CONTINUED to October 12, 2010 at 10:00 a.m.
16     IT IS SO ORDERED.
17     DATED: September 16, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT