```
                       UNITED STATES DISTRICT COURT

                      EASTERN DISTRICT OF CALIFORNIA

IN RE:

SK FOODS, L.P.

        Debtor.
BRADLEY SHARP,                              CIV. NO. S-10-1492 LKK

        Plaintiff,

            v.

SSC FARMS 1, LLC, et al.,

        Defendants.
                                         /
IN RE:

SK FOODS, L.P.                              CIV. NO. S-10-1493 LKK

        Debtor.
                                         /
IN RE:

SK FOODS, L.P.

        Debtor.
BRADLEY SHARP,                              CIV. NO. S-10-1496 LKK

        Plaintiff,

            v.

CSSS, L.P., et al.,

        Defendants.
                                         /
```

```
 1  IN RE:
 2  SK FOODS, L.P.
 3          Debtor.
 4  BRADLEY SHARP,                              CIV. NO. S-10-1497 LKK
 5          Plaintiff,
 6              v.
 7  FRED SALYER IRREVOCABLE
    TRUST, et al.,
 8
            Defendants.
 9  _____/
10  IN RE:
11  SK FOODS, L.P.
12          Debtor.
13  BRADLEY SHARP,                              CIV. NO. S-10-1498 LKK
14          Plaintiff,
15              v.
16  SKF AVIATION, LLC., et al.,
17          Defendants.
    _____/
18
    IN RE:
19
    SK FOODS, L.P.
20
            Debtor.
21
    BRADLEY SHARP,                              CIV. NO. S-10-1499 LKK
22
            Plaintiff,
23
                v.
24
    SCOTT SALYER, et al.,
25
            Defendants.
26  _____/
```

```
IN RE:
SK FOODS, L.P.
          Debtor.
BRADLEY SHARP,                              CIV. NO. S-10-1500 LKK
          Plaintiff,
             v.
                                                    O R D E R
SCOTT SALYER, et al.,
          Defendants.
                                        /
```

On December 27, 2010, the Bankruptcy Trustee filed a motion for rehearing on this court's December 10, 2010 order. The motion is set to be heard on January 31, 2011. On December 30, 2010, the debtor and non-debtor entities filed an objection to the rehearing. Counsel for these parties filed a declaration informing the court that Andrea Miller, lead counsel for the entities, has been diagnosed with a life-threatening illness that requires surgery. She is estimated to complete recovery in March or April of this year. In order to allow Ms. Miller to work on this matter, the entities requested a continuance of the motion. Counsel also indicated that they have attempted to obtain a stipulation of the continuance.

Shortly after receiving the objections, chambers staff contacted counsel for the entities to determine whether they have reached an agreement with the trustee. Counsel represented that he is still seeking a stipulation. Counsel has not further informed the court of any agreement.

1    The court expresses deep sympathy for Ms. Miller. Nonetheless, the court finds that her firm, Nagelely, Meredith & Miller, Inc., is sufficiently large such that another attorney can familiarize himself with the matter. This is especially so given that there appear to be serious disputes as to the interpretation of this court's prior order. The court, thus, denies the request for a continuance. The motion for rehearing shall be held at 10:00 a.m. on January 31, 2011.

    The court does, however, grant the entities a short extension of time to file a response to the motion for rehearing. The response shall be filed by 9:00 a.m. on January 19, 2011. Deadlines for filing reply memoranda remain unchanged.

    IT IS SO ORDERED.

    DATED: January 14, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

4