```
                     UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA

IN RE:

SK FOODS, L.P.

          Debtor.

BRADLEY SHARP,                           CIV. NO. S-10-1492 LKK

          Plaintiff,

              v.

SSC FARMS 1, LLC, et al.,

          Defendants.
_____/
IN RE:

SK FOODS, L.P.                           CIV. NO. S-10-1493 LKK

          Debtor.
_____/
IN RE:

SK FOODS, L.P.

          Debtor.

BRADLEY SHARP,                           CIV. NO. S-10-1496 LKK

          Plaintiff,

              v.

CSSS, L.P., et al.,

          Defendants.
_____/
```

```
 1  IN RE:
 2  SK FOODS, L.P.
 3          Debtor.
 4  BRADLEY SHARP,                              CIV. NO. S-10-1497 LKK
 5          Plaintiff,
 6              v.
 7  FRED SALYER IRREVOCABLE
    TRUST, et al.,
 8
            Defendants.
 9  _____/
10  IN RE:
11  SK FOODS, L.P.
12          Debtor.
13  BRADLEY SHARP,                              CIV. NO. S-10-1498 LKK
14          Plaintiff,
15              v.
16  SKF AVIATION, LLC., et al.,
17          Defendants.
    _____/
18
    IN RE:
19
    SK FOODS, L.P.
20
            Debtor.
21
    BRADLEY SHARP,                              CIV. NO. S-10-1499 LKK
22
            Plaintiff,
23
                v.
24
    SCOTT SALYER, et al.,
25
            Defendants.
26  _____/
```

2

```
 1  IN RE:
 2  SK FOODS, L.P.
 3         Debtor.
 4  BRADLEY SHARP,                              CIV. NO. S-10-1500 LKK
 5         Plaintiff,
 6            v.
                                                O R D E R
 7  SCOTT SALYER, et al.,
 8         Defendants.
                                          /
 9
```

The Bankruptcy Trustee has filed a motion for rehearing, which is set to be heard on January 31, 2011 at 10:00 a.m. Shortly after filing the motion, the debtor and non-debtor entities filed an objection to the motion in which they requested a continuance of the hearing while their lead counsel underwent and recovered from surgery. On January 14, 2011, the court denied the request for a continuance on the grounds that the firms that represent the entities have sufficient attorneys to prepare for the motion. The court did, however, allow for a brief extension of time for the entities to file their response to the motion. Specifically, the court ordered that, "The response shall be filed by 9:00 a.m. on January 19, 2011." Order at 4. No response has been filed.

For the foregoing reasons, the court ORDERS as follows:

(1) The Bankruptcy Trustee's motion for rehearing SHALL BE HEARD on January 31, 2011 at 10:00 a.m.

(2) The court recognizes that the change of attorneys may have caused counsel for the entities to fail to file a

3

1  response to the Trustee's motion. If this is the case,
2  counsel for the entities MUST FILE a notice to the court
3  indicating why they have not responded to the motion by
4  9:00 a.m. on Wednesday, January 26, 2011.
5  IT IS SO ORDERED.
6  DATED: January 21, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT